# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  1:20-mj-1829 TMD |
| Kyle Elio Ripper | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  December 28, 2019  in the county of  Talbot  in the  _____  District of  Maryland , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production and Attempted Production of Child Pornography; |
| 18 U.S.C. § 2422(b) | Coercion and Enticement. |

This criminal complaint is based on these facts:

See attached affidavit, incorporated herein.

☑ Continued on the attached sheet.

*Kim Speakman*
Complainant's signature

Kim L. Speakman Jr., Special Agent, HSI
Printed name and title

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:  7/23/2020

*[signature]*
Judge's signature

City and state:  Baltimore, Maryland    Hon. Thomas M. DiGirolamo, U.S. Magistrate Judge
Printed name and title